THE PEOPLE OF THE STATE OF NEW YORK ex rel. BREMERTON APARTMENTS, INC., Respondent, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Appellants.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOCHIEL APARTMENTS, INC., Respondent, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Appellants.

*Per Curiam.* Under all the circumstances we hold that the orders appealed from should be modified by increasing the assessed values of the properties involved herein, as follows:

*Premises 229 East 79th Street*

| Land | Building | Total |
|------|----------|-------|
| $130,000 | $500,000 | $630,000 |

*Premises 225 East 79th Street*

| Land | Building | Total |
|------|----------|-------|
| $62,500 | $285,000 | $347,500 |

As so modified the orders appealed from should be affirmed, each with $10 costs and disbursements to the appellants.

COHN, J. (dissenting). The reductions of the assessments directed by the trial court for the tax year under review, to wit, 1943–1944, which bring the valuations for land and buildings appreciably below the figures approved by this court for the preceding tax year, 1942–1943 (*People ex rel. Lochiel Apartments* v. *Miller*, 268 App. Div. 983), are not warranted by the evidence in this record. Except for a reasonable allowance for one year's depreciation upon the buildings, the valuations heretofore approved by this court should have been adhered to in the absence of a showing that the conditions were less favorable. Accordingly, I dissent and vote to modify by fixing the values as follows:

*Premises 229 East 79th Street*

| Land | Building | Total |
|------|----------|-------|
| $130,000 | $539,000 | $669,000 |

*Premises 225 East 79th Street*

| Land | Building | Total |
|------|----------|-------|
| $62,500 | $294,000 | $356,500 |

Dore, Callahan and Peck, JJ., concur in *Per Curiam* opinion; Cohn, J., dissents in opinion in which Martin, P. J., concurs.

Orders modified by increasing the assessed values of the properties involved herein as follows:

*Premises 229 East 79th Street*

| Land | Building | Total |
|------|----------|-------|
| $130,000 | $500,000 | $630,000 |

*Premises 225 East 79th Street*

| Land | Building | Total |
|------|----------|-------|
| $62,500 | $285,000 | $347,500 |

As so modified, the orders are affirmed, each with $10 costs and disbursements to the appellants. Settle orders on notice.